# EXHIBIT A



**From:** Andrew Smith <pagesixinquiries@aol.com>
**Date:** April 29, 2018 at 5:46:39 PM EDT
**To:** ███████
**Cc:** ███████
**Subject:** ███████

To Whom It May Concern,

It has been brought to our attention a police report that was made by a young lady that has known Mr. ███████ from 2008. In the police report it stated that

1

his manager was harassing him under different aliases and the detectives we're tracking her. Also listed in the report were two witnesses who witnessed a call between ▇▇▇▇ ▇▇▇▇ and the young lady about Mr. ▇▇▇▇ ▇▇▇▇▇▇▇▇ told the young lady that his manager was allegedly stealing from him and that she had the papers hidden in her home. In the report the young lady said ▇▇▇▇ ▇▇▇▇▇▇ cried to her about this. The young lady also told ▇▇▇▇▇▇▇ that Mr. ▇▇▇▇▇ refused to introduce her to his manager. ▇▇▇▇▇▇▇ said that his manager lied to her at first because she asked her if she was fucking her son and the manager to be said no but as soon as the manager got into a good position she kicked Mr. ▇▇▇▇▇ ▇▇▇▇ out. In the report it lists all the dates the young lady met and spoke with ▇▇▇▇▇▇▇▇▇ The young lady got ahold of the manager's details from associates who had worked with this manager. The young lady reported that she contacted the manager to confront her but heard no response back in 2010. The young lady did find out that Mr. ▇▇▇▇▇▇ manager was the one harassing her and pretending to be her online. Then also in the police report the young lady stated in 2011 the manager made up a lawsuit

2

to defame her and make her look bad because of the manager's obsession with marrying Mr. ▮▮▮▮. The young lady claimed that Mr. ▮▮▮▮ did nothing to stop the manager and that many influential movie directors found out what happened ie. ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ and more. These directors are friends of the young lady. They told ▮▮▮▮▮ to tell Mr. ▮▮▮▮▮ to fire his manager because she made a frivolous lawsuit against the young lady out of jealousy and control. The young lady stated she suffered damages. The young lady stated that the manager threatened to go to trial when the manager had no solid proof of what she was accusing of the young lady.

We are going to reach out to film director ▮▮▮▮▮ and writer ▮▮▮▮ because Mr. ▮▮▮▮ has done a film with them. We were informed the young lady is an ex of Mr. ▮▮▮▮ and the young lady is old friends with ▮▮▮▮ and ▮▮▮▮▮.

We were also informed that the young lady made sex art videos for the Arte channel in 2011 and that Mr. ▮▮▮▮ copied her videos ▮▮▮▮ ▮▮▮▮. The young lady claimed she had email proof that the white panty video on

3

the tour was a rip off of the work she did in France for the Arte channel in 2011. Mr. ▮▮▮▮▮ claimed that no one sent him a sexual video before in one of the emails he sent the young lady. The young lady claimed that the manager forced her to sign an egregious NDA. The manager put stipulations to where the young lady could not ever tell Mr. ▮▮▮▮▮ the truth and to keep the young lady away from Mr. ▮▮▮▮▮ but this is all documented in the police reports we have from 2008 and 2014. The witnesses who were on the line with ▮▮▮▮▮ when she spoke to the young lady was ▮▮▮▮▮ friend Miss ▮▮▮▮▮ and ▮▮▮▮▮ as per what the affidavit states. Also stated in the police report is that Mr. ▮▮▮▮▮ never apologized to the young lady for his lies and his secrets he kept from her for more than three years. The young lady stated that their friendship started in the early 2000's. The young lady also stated that the manager leaked to Bossip that she was having sex with Mr. ▮▮▮▮▮. In the past we received tips on the manager saying that Mr. ▮▮▮▮▮ was dating the manager and then Mr. ▮▮▮▮▮'s office retracted it. We were under the impression that the manager was leaking information to us because she desperately wants people to know she is

4

the main woman in Mr. ███████ life. The young lady stated in the police report that she didn't deserve what the manager did to her. After the lawsuit was over the manager harassed the young lady for one year under the surveillance of the police and detectives. We have copies of the Instagram photos where the manager would tag the young lady on social media on photos of herself and Mr. ███████ The police also found out all of the fake profiles on the young lady were made by the manager which is against the law. The manager was intent on ruining and harassing the young lady. We were also informed one of the reasons Mr. ███████ lacks work in top Hollywood roles is because of what happened with the young lady and his manager. The young lady has alot of power in Hollywood because of her family heritage in cinema. The young lady stated she was surprised that ███████ hired him with that same manager but it is a French production not a Hollywood production. The young lady stated to Mr. ███████ back in 2008 to fire his manager because many emails never got to him. She stated that she hopes he finds out the truth.

Please let me know if you can comment.

Thank you,

5

Andrew Smith
pagesixinquiries@aol.com
New York Post
wk: ███████

6